IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ORA JUSTICE, JR., and all other**
**Individuals similarly situated.**

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:22-cv-387
                                         JUDGE

**HOUSING MANAGEMENT, INC.; and**
**BUFFALO CREEK APARTMENTS, L.P., and**
**DALCOR MANAGEMENT, INC.,**

    **Defendants**.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Housing Management, Inc ("Housing Management"), Buffalo Creek Apartments, L.P. ("Buffalo Creek") and Dalcor Management, Inc. ("Dalcor"), by counsel, remove the state court action styled *Ora Justice, Jr., and all other Individuals similarly situated, v. Housing Management, Inc. and Buffalo Creek Apartments, L.P., and Dalcor Management, Inc.,* Civil Action No. 22-C-101 (Circuit Court of Logan County, West Virginia) to the United States District Court for the Southern District of West Virginia, Charleston Division.

This removal is predicated upon federal question jurisdiction, pursuant to 28 U.S.C. § 1331 and 1441(a) and supplemental jurisdiction of the related state law claim, pursuant to 28 U.S.C. § 1367. Defendants reserve the right to amend or supplement this Notice of Removal or to present additional arguments in support of its entitlement to remove this case. As required by 28 U.S.C. § 1446(a), the Defendants set forth the following grounds for removal:

**Papers from the Removed Action**

1. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendants and filed in the underlying Civil Action, including a copy of the docket sheet and the Class/Collective Action Complaint, are attached as Exhibit A. This constitutes all pleadings, records and proceedings thus far filed in the West Virginia state court and no further proceedings have occurred in state court.

**The Removal is Timely**

2. Plaintiff Ora Justice, Jr. filed a Complaint against the Defendants Housing Management, Buffalo Creek and Dalcor Management in the Circuit Court of Logan County, West Virginia, Civil Action No. 22-C-101 on August 9, 2022.

3. On or about August 15, 2022, the West Virginia Secretary of State accepted a copy of the Class/Collective Action Complaint and Summons mentioned in Paragraph 2 for service of process on the registered agents of Buffalo Creek and Dalcor. See Exhibit A. Housing Management has no record of service on it. This Notice of Removal is filed within 30 days of Buffalo Creek and Dalcor's receipt of service of the Summons and Class/Collective Action Complaint and therefore, is timely under 28 U.S.C. § 1446(b)(1). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that the 30-day time period under the removal statute begins to run from the date of formal service).

**The Venue Requirement is Met**

4. Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place in which the state court action was pending.

## The Basis for Federal Jurisdiction

5. This is a civil action that falls under this Court's original jurisdiction under 28 U.S.C. § 1331 (federal question) and supplemental jurisdiction under 28 U.S.C. § 1367 and is one that may be removed to this Court under 28 U.S.C. §§ 1441(a) and 1446.

6. The Court has original jurisdiction over this civil action under 28 U.S.C. § 1331 because the Plaintiff has plead a cause of action under the Fair Labor Standards Act for overtime wages and other damages under 29 U.S.C. §§ 207 and 216(b).

7. The Class/Collective Action Complaint also includes a state court cause of action for a violation of the West Virginia Wage Payment and Collection Act under W. Va. Code §21-5-1, et. seq. This cause of action may be removed to this Court by the Defendant in accordance with the provisions of 28 U.S.C. § 1367(a).  Pursuant to 28 U.S.C. § 1367(a), where a District Court has original jurisdiction over a civil action (here the Fair Labor Standards Act) the District Court shall also have supplemental jurisdiction over all other claims that are so related to such original jurisdiction claims that they form part of the same case or controversy under Article III of the United States Constitution.

8. In this case, the Plaintiff's West Virginia Wage Payment and Collection claim is so related to the federal Fair Labor Standards Act claim, such that they form part of the same case or controversy under Article III of the United States Constitution.

## Filing of Removal Papers

9. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal, the Defendants will file a copy of this Notice with the Clerk of the Circuit Court of Logan County, West Virginia, and serve a copy of this Notice upon Plaintiff's counsel.

**Consent**

10.    Because undersigned counsel represents all defendants, all consent has been obtained and no further consents are required.

WHEREFORE, based on the allegations in the Complaint, this action is removed from the Circuit Court of Logan County, West Virginia, to the United States District Court for the Southern District of West Virginia, Charleston Division, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. Please take notice that no further proceedings may be had in the Circuit Court of Logan County, West Virginia.

>**HOUSING MANAGEMENT, INC.;**
>**BUFFALO CREEK APARTMENTS, L.P., and**
>**DALCOR MANAGEMENT, INC.,**
>
>**By Counsel,**
>
>*/s/ Christopher D. Pence*
>Christopher D. Pence (WVSB # 9095)
>James P. McHugh (WVSB # 6008)
>Hardy Pence PLLC
>10 Hale Street, 4th Floor
>Charleston, WV 25301
>(304) 345-7250

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**ORA JUSTICE, JR., and all other**
**Individuals similarly situated.**

    **Plaintiff,**

v.                                                         CIVIL ACTION NO. 2:22-cv-387
                                                        JUDGE

**HOUSING MANAGEMENT, INC.; and**
**BUFFALO CREEK APARTMENTS, L.P., and**
**DALCOR MANAGEMENT, INC.,**

    **Defendants**.

## CERTIFICATE OF SERVICE

    I, Christopher D. Pence, hereby certify that a true and correct copy of foregoing ***Notice of Removal*** was served upon the following parties via electronic mail and regular U.S. mail, postage prepaid, on this 12th day of September 2022:

        Mark A. Atkinson, Esq.
        John-Mark Atkinson, Esq.
        ATKINSON & POLAK, PLLC
        Post Office Box 549
        Charleston, West Virginia 25322-0549
        emboles@amplaw.com
        johnmark@amplaw.com

        Steven S. Wolfe, Esq.
        P.O. Box 536
        Logan, WV 25601
        swolfe@wolfelawwv.com

        */s/ Christopher D. Pence*
        Christopher D. Pence (WVSB # 9095)