## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**ORA JUSTICE, JR., and all other**
**individuals similarly situated.**
    **Plaintiff,**

**v.**                                                              **CIVIL ACTION NO. 2-22-CV-387**

**HOUSING MANAGEMENT, INC., and**
**BUFFALO CREEK APARTMENTS, L.P, and**
**DALCOR MANAGEMENT, INC.**
    **Defendants**

### NOTICE OF CASE RESOLUTION

    The undersigned can report to the court that the parties have reached a full and final resolution of this matter. In the coming week, the parties will submit a joint proposed dismissal for the individual claims, as well as a joint motion to dismiss the collective action claims alleged in this matter.

                                                    Ora Justice by Counsel

                                                    */s/ Steven S. Wolfe*_____
                                                    Steven S. Wolfe, Esq.
                                                    WVSB # 11914

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**ORA JUSTICE, JR., and all other individuals similarly situated.**
    **Plaintiff,**

**v.**                        **CIVIL ACTION NO. 2-22-CV-387**

**HOUSING MANAGEMENT, INC., and**
**BUFFALO CREEK APARTMENTS, L.P, and**
**DALCOR MANAGEMENT, INC.**
    **Defendants**

    I, Steven S. Wolfe, Esq., counsel for Plaintiff, hereby certifies that on the **27rd** day of September 2023, the foregoing ***NOTICE OF CASE RESOLUTION*** were served upon Counsel of record via email and the CM/ECF Filing System, which will send notification of this *Certificate of Service* to the following:

Christopher D. Pence
James P. McHugh
Hardy Pence PLLC
10 Hale Street, 4th Fl
Charleston, WV 25301
304-345-7250

                                          */s/ Steven S. Wolfe*_____
                                          Steven S. Wolfe, Esq.
                                          WVSB # 11914