IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ORA JUSTICE, JR., and all other**
**Individuals similarly situated.**

    **Plaintiff,**

v.                                           **CIVIL ACTION NO. 2:22-CV-387**

**HOUSING MANAGEMENT, INC.; and**
**BUFFALO CREEK APARTMENTS, L.P., and**
**DALCOR MANAGEMENT, INC.,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL

On this day came the parties to the above-styled action by their respective counsel of record and jointly represented to this Court that extensive discovery indicates that the evidence in this case does not support the class and collective action allegations in this action, and jointly move the Court for the dismissal of those allegations in this case. The parties further advised the Court that the matters in controversy as between the parties in this civil action on the individual claim have been compromised and settled in good faith.

And the Court, having maturely considered the aforesaid joint motion, perceiving no prejudice resulting therefrom, and there being no objection thereto, finds that the motion should be granted, the settlement is in good faith, and that all of the claims asserted against Defendants should be dismissed.

Accordingly, it is hereby **ORDERED** that the class and collective action allegations in this case should be and hereby are, **DISMISSED, WITHOUT PREJUDICE**, and all of the remaining claims asserted by Plaintiff against Defendants in this action shall be, and the same

hereby are, **DISMISSED, WITH PREJUDICE**, each party bearing their own costs and attorneys' fees.

The Clerk of this Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: 18 Oct, 2023

HON. JOSEPH R. GOODWIN
District Court Judge

Presented and Agreed to by:

/s/ Steve S. Wolfe
Steven S. Wolfe, Esq.
P.O. Box 536
Logan, WV 25601
swolfe@wolfelawwv.com

Mark A. Atkinson, Esq.
John-Mark Atkinson, Esq.
ATKINSON & FRAMPTON, PLLC
Post Office Box 549
Charleston, West Virginia 25322-0549
emboles@amplaw.com
johnmark@amplaw.com


/s/ Wm. Scott Wickline
Christopher D. Pence (WVSB # 9095)
Wm. Scott Wickline (WVSB # 6100)
James P. McHugh (WVSB 6008)
Hardy Pence PLLC
10 Hale Street, 4th Floor
Charleston, WV  25329
Phone:  (304) 345-7250
Fax:  (304) 553-7227